IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| IN RE: | ) | CIV. NO. S-06-855  WBS |
| --- | --- | --- |
|  | ) | CIV. NO. S-06-1682 WBS |
| ESTRELLA A. KINCAID, | ) |  |
| JAMES M. KINCAID | ) | Bankruptcy Case No. |
|  | ) | 05-21390-B-7 |
| Debtors. | ) |  |
|  | ) | ORDER |
|  | ) |  |
|  | ) |  |

----oo0oo----

Debtors' pending appeals are dismissed.  Neither the Bankruptcy Judge's Order approving compromise, nor the Order Denying Good Faith Purchase Finding, from which the debtors seek to appeal, were entered in error.

IT IS SO ORDERED.

DATED:  March 14, 2008

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1